**THIS ORDER IS SIGNED AND ENTERED.**

Dated: July 20, 2018

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

IN RE:
Gordon L De Witt
Penny S De Witt

CASE NO. 16-12594-cjf
CHAPTER 13

DEBTORS

### ORDER APPROVING STIPULATION

Upon consideration of the Stipulation entered into between MORTGAGE CENTER, LLC and the Debtors to resolve the Motion for Relief from Automatic Stay regarding the property located at 1333 Jerome Ave., Janesville, WI 53546;

IT IS ORDERED that the Stipulation is approved.

###